

11-CV-05373-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD PAUL GILLIGAN, et al.,

Plaintiffs,

v.

ROBERTA F. KANIVE, et al.,

Defendants

Case No. C11-5061BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 30).

On October 4, 2011, Judge Creatura issued the R&R recommending that the Court grant Plaintiff Thomas Hargrove's motion to voluntarily dismiss. *Id.*

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**; and

(2)   This action is **DISMISSED**.

DATED this 2 day of November, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER